NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MELISSA CAMP-MORGENSTEIN, )
)
      Petitioner, )
)
v. )    Case No. 2D18-898
)
THERESA CAMP-MORGENSTEIN, )
)
      Respondent. )
_____ )

Opinion filed August 10, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; Sherwood S.
Coleman, Judge.

Paul F. Grondahl of Paul F. Grondahl, P.A.,
Bradenton, for Petitioner.

Kristin A. Norse and Stuart C. Markman of
Kynes, Markman & Feldman, P.A., Tampa,
for Respondent.



PER CURIAM.


      Dismissed.


KELLY, MORRIS, and SLEET, JJ., Concur.